FILED

07/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0291

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0291

CITY OF RED LODGE,

Plaintiff and Appellee,

v.

EUGENE TIMOTHY RODMAN,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 24, 2020, within which to prepare, serve, and file its response brief.

DM

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 18 2020